785 A.2d 433

JOSEPH PENBARO, PLAINTIFF–PETITIONER, v. DOVER TOWNSHIP, NJ, PLAINTIFF–RESPONDENT.

October 18, 2001.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted, and the matter is summarily remanded to the trial court to consider plaintiff's motion of the merits.